**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Jason Brooks Bradshaw
4516 Harvest Ln.
Wilson, NC 27893

CASE NO.: 13–06176–8–SWH

DATE FILED: October 1, 2013

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Jason Brooks Bradshaw has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Jason Brooks Bradshaw file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Jason Brooks Bradshaw and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: March 18, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge