# United States Bankruptcy Court

For The
Eastern District of North Carolina Greenville Division

| | |
|---|---|
| JASON BROOKS BRADSHAW | Case No.: 13-06176-8-SWH |
| 4516 HARVEST LN. | SS #1: XXX-XX-2500 |
| WILSON, NC 27893 | |

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 10 | 01 | 13 | The Plan was confirmed on | | 05 | 12 | 14 | The Case was concluded on | | 03 | 18 | 15 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 19,596.00

| DISBURSEMENTS TO CREDITORS | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
| CREDITOR'S NAME | | | | PRINCIPAL | INTEREST | |
|---|---|---|---|---|---|---|
| JASON BROOKS BRADSHAW | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| EMPLOYMENT SECURITY COMMI | ESC | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | IRS | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT. OF REVENUE | NCREV | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| ASSET VENTURES | 006 | Secured | 19,745.89 | 2,092.22 | 936.30 | 17,653.67 |
| NODELL, GLASS & HASKELL | 007 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| SELECT PORTFOLIO SERVICIN | 801 | Secured | 12,163.86 | 1,791.79 | 0.00 | 10,372.07 |
| SELECT PORTFOLIO SERVICIN | 800 | Secured | 1,489.06 | 219.36 | 0.00 | 1,269.70 |
| SELECT PORTFOLIO SERVICIN | 802 | Secured | 9,623.24 | 9,623.24 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | 011 | Secured | 15,182.18 | 1,621.47 | 711.35 | 13,560.71 |
| INTERNAL REVENUE SERVICE | 012 | Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| WILSON COUNY TAX DEPT | 013 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| BILLY WEBB HEATING/COOLIN | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAVALRY SPV I, LLC | 015 | Unsecured | 587.05 | 0.00 | 0.00 | 587.05 |
| CAPITAL ONE | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE AUTO FINANCE | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PREMIER BANKCARD | 018 | Unsecured | 380.35 | 0.00 | 0.00 | 380.35 |
| HSBC BANK | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HSBC BANK | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| IC SYSTEMS, INC. | 021 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| ONLINE COLLECTION SERVICE | 022 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| TIME WARNER CABLE | 023 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| REGENCY ATHLETIC CLUB | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SCA COLLECTIONS | 025 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SPRINGLEAF FINANCIAL SERV | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SPRINT NEXTEL | 027 | Unsecured | 845.41 | 0.00 | 0.00 | 845.41 |
| TEK COLLECT, INC. | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TIME WARNER CABLE | 029 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| VERIZON | 030 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WILLIAM M BATCHELOR DDS | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SHED DEPOT | 032 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| SANTANDER CONSUMER USA | 033 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 012 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| WILSON COUNTY TAX COLLECT | 034 | Secured | 0.00 | 0.00 | 0.00 | DirectPay |
| WILSON COUNTY TAX COLLECT | 034 | Priority | 179.05 | 0.00 | 0.00 | 179.05 |
| SPRINT | 035 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | 036 | Special | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Eastern District of North Carolina Greenville Division

| | |
|---|---|
| JASON BROOKS BRADSHAW | Case No.: 13-06176-8-SWH |
| 4516 HARVEST LN. | SS #1: XXX-XX-2500 |
| WILSON, NC 27893 | |

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | | The Plan was confirmed on | MO. | DAY | YR. | | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 01 | 13 | | | 05 | 12 | 14 | | | 03 | 18 | 15 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $ 19,596.00

| DISBURSEMENTS TO CREDITORS | | | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | | PRINCIPAL | INTEREST | |
| CAROLINE TILE COMPANY | 037 | Unsecured | 1,850.00 | 0.00 | 0.00 | 1,850.00 |
| RCVL | 038 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| GE CAPITAL RETAIL BANK | 039 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 043 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET VENTURES | 006 | Unsecured | 7,254.11 | 0.00 | 0.00 | 7,254.11 |
| JASON BROOKS BRADSHAW | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 58,204.23 | 179.05 | 10,916.92 | 0.00 | 0.00 | 69,300.20 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 15,348.08 | 0.00 | 0.00 | 0.00 | 0.00 | 15,348.08 | |
| INTEREST PAID | 1,647.65 | 0.00 | 0.00 | 0.00 | 0.00 | 1,647.65 | 16,995.73 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ERICH M. FABRICIUS | 3,200.00 | 1,777.80 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE | | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | | CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | EXPENSE FUND | COMPENSATION FUND | | |
| | 0.00 | 0.00 | | 411.24 | 411.23 | 0.00 | 822.47 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 05/20/2015         Richard M. Stearns
                          1015 Conference Dr.
                          Greenville, NC  27858